No. 85–500.  CARROLL ET AL. *v.* ALBERTS ET AL.  Sup. Jud. Ct. Mass.  Motion of General Council on Finance and Administration of the United Methodist Church et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.  JUSTICE BRENNAN

and JUSTICE WHITE would grant certiorari.